SCPW-20-0000082

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GALINA OGEONE, Petitioner,

vs.

JUDGES OF THE INTERMEDIATE COURT OF APPEALS OF THE
STATE OF HAWAIʻI, Respondent Judges,

and

DENTIST LESLIE AU, Respondent.

---

ORIGINAL PROCEEDING
(CAAP-18-0000449; CIV. NOS. 16-1-1347-7 and 16-1-1348-7)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Galina Ogeone's petition for writ of mandamus, filed on February 19, 2020, the supporting documents, and the record, it appears that petitioner fails to demonstrate that she has a clear and indisputable right to the requested relief and petitioner may seek relief, as appropriate, in CAAP-18-0000449. Petitioner, therefore, is not entitled to the requested extraordinary writ. <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right

to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, March 2, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama



/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson